OTTO L. WALTER, EXECUTOR (ESTATE OF IRENE
LORENZ) *v.* JOLAN CHUMBOOK

The plaintiff's motion to dismiss the appeal from
the Superior Court in Fairfield County at Stamford
is granted.

*Michael A. Meyers,* for the appellee (plaintiff).

*Nathan Aaron,* and *Frederick J. Barnett,* of the
Massachusetts bar, for the appellants (defendants).

Argued December 5—decided December 5, 1972

WILLIAM E. COPRIO ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF WESTON

The plaintiff's petition for certification for appeal
from the Court of Common Pleas in Fairfield County
is denied.

*Melvin J. Silverman,* in support of the petition.

Submitted November 28—decided December 5, 1972

PETER E. OZOLS *v.* PLANNING AND ZONING COMMISSION
OF DARIEN

The plaintiff's petition for certification for appeal
from the Court of Common Pleas in Fairfield
County is denied.